# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00517-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JASON ALEXANDER BROADWAY,

        Defendant.

_____

# ORDER
_____

As stated on the record at the April 4, 2008, hearing in this matter, IT IS HEREBY ORDERED as follows:

1.      Defendant shall have up to and including April 14, 2008, to reply to the Government's response to Defendant's Motion for Disclosure of Confidential Source [**Docket # 13**];

2.      Defendant shall have up to and including April 21, 2008, to file supplemental briefing on the question whether a warrantless dog sniff at an apartment door from a public hallway constitutes an impermissible search under the Fourth Amendment;

3.      Defendant shall have up to and including April 21, 2008, to file additional motions; the Government shall have up to and including April 30, 2008, to respond;

4. A hearing on the Defendant's Motion for Disclosure of Confidential Source [**Docket # 13**] is set for **Friday, May 2, 2008, at 9:00 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: April  4 , 2008.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge