**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00517-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JASON ALEXANDER BROADWAY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant's Motion to Clarify Court's Order and Correct Minute Order (Doc 41 - filed April 10, 2008) is GRANTED.

     The deadline for Defendant to file a supplement to the previous motion concerning whether the "dog sniff" constitutes a search in this matter will be set after the ruling on the confidential informant issue.

Dated: April 11, 2008