IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00517-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JASON ALEXANDER BROADWAY,

        Defendant.
_____

**ORDER**
_____

Based upon review of the papers and the case file, as well as the arguments made and evidence presented at the hearing held on May 2, 2008, and for the reasons—including findings of fact and conclusions of law—stated on the record at the May 2, 2008, hearing and incorporated herein, IT IS HEREBY ORDERED as follows:

    1.    Defendant's Motion for Disclosure of Confidential Source [**Docket # 13**] is DENIED;

    2.    Defendant shall have up to and including May 23, 2008, to file motions arising under *Franks v. Delaware*, 438 U.S. 154 (1978); the Government shall have up to and including June 13, 2008, to respond;

    3.    A further status and scheduling hearing is set for **Wednesday, June 11, 2008, at 2:00 pm** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: May   2  , 2008.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge