IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00517-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JASON ALEXANDER BROADWAY,

       Defendant.
_____

**ORDER**
_____

As stated on the record at the June 11, 2008, hearing in this matter, IT IS HEREBY ORDERED as follows:

1.     Defendant shall have up to and including July 3, 2008, to file additional briefing on the question of whether a dog sniff test is a search under the Fourth Amendment; the Government shall have up to and including July 10, 2008, to file a response;

2.     The Government shall have up to and including June 20, 2008, to file a response to Defendant's Motion for Hearing Pursuant to *Franks v. Delaware* [**Docket # 56**];

3.     An evidentiary hearing on Defendant's pending motions [**Docket ## 27, 28, 29, 30, 46, 56**] is set for **Thursday, August 28, 2008, at 9:00 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: June   11  , 2008.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge